| US7941553 | Autozone ("The Accused Product") |
|---|---|
| 1. A method for streaming a media file over a distributed information system to a client computer running a browser application, the method comprising the steps of: | The accused product discloses a method for streaming a media file (e.g., a video file through the website of the accused product) over a distributed information system (e.g., the Internet) to a client computer (e.g., user equipment such as laptop, smartphone etc.) running a browser application.<br><br><br><br>https://www.autozone.com/ |



AutoZone Truck Drivers enjoy Day One Benefits, Good Home Time, and Sign On Bonuses up to $10,000!

https://careers.autozone.com/driver



Know a Driver? Click here to refer them & make $5,000!

**Apply Now**

AutoZone Truck Drivers enjoy Day One Benefits, Good Home Time, and Sign On Bonuses up to $10,000!

https://careers.autozone.com/driver



Source: Fiddler

| receiving a request for a particular media file from a client computer, | The accused product discloses receiving a request for a particular media file (e.g., a video file in the accused product) from a client computer (e.g., user equipment). |



AutoZone Truck Drivers enjoy Day One Benefits, Good Home Time, and Sign On Bonuses up to $10,000!

https://careers.autozone.com/driver



Know a Driver? Click here to refer them & make $5,000!

Apply Now

AutoZone Truck Drivers enjoy Day One Benefits, Good Home Time, and Sign On Bonuses up to $10,000!
https://careers.autozone.com/driver



Fiddler capture of sending a request to retrieve and play the video with URL=
https://careers.autozone.com/driver
(Raw view of the request)
The above GET request corresponds to the actual media file in which HTTP GET request contains the URL of the video in question.

| providing a metafile, wherein said metafile contains information about the identification, location and format of the media file, | The accused product discloses providing a metafile (e.g., a metadata file related to the media file), wherein said metafile (e.g., a metadata file related to the media file) contains information about the identification (e.g., ETag), location (e.g., server location: IAH50-P2) and format (e.g., video/mp4). |
|---|---|



Fiddler capture of sending the metafile by the server to the client device corresponding to the video with URL=
https://careers.autozone.com/driver
(Raw view of the response)



Source: Fiddler capture

| returning said metafile back to said client computer, | The accused product discloses returning said metafile (e.g., a metadata file related to the media file) back to said client computer (e.g., user equipment). |
|---|---|



Fiddler capture of sending the metafile by the server to the client device corresponding to the video with URL= https://careers.autozone.com/driver
(Raw view of the response)

| characterized in that the step of receiving a request for a particular media file from a client computer comprises the | The accused product discloses the step of receiving a request for a particular media file (e.g., request for playing/delivering a particular video) from a client computer (e.g., user device) comprises the steps of: intercepting a download request (e.g., request for playing/delivering/downloading a video file) for the actual media file (e.g., particular video file). |
|---|---|

| steps of: intercepting a download request for the actual media file and |  AutoZone Truck Drivers enjoy Day One Benefits, Good Home Time, and Sign On Bonuses up to $10,000! https://careers.autozone.com/driver |
| --- | --- |

Know a Driver? Click here to refer them & make $5,000!

**Apply Now**



AutoZone Truck Drivers enjoy Day One Benefits, Good Home Time, and Sign On Bonuses up to $10,000!

https://careers.autozone.com/driver

When a user requests a server for the delivery of a video for consumption, the server after having received the request for video delivery provides the metadata information for the requested video which identifies the location, identification, format, among others. This process happens automatically in the background, meaning thereby, there happens to be no additional input from the user side after the user has clicked on a video URL which goes to the server as a GET request.

In order for a video to be played it must be downloaded, no matter what, in the buffer of the client device. The following snippet shows the GET request for a video file to be downloaded for the video with URL= https://careers.autozone.com/driver



Fiddler capture of sending a request to retrieve and play the video with URL=
https://careers.autozone.com/driver
(Raw view of the request)
The above GET request corresponds to the actual media file in which HTTP GET request contains the URL of the video in question.



Fiddler capture of sending the metafile by the server to the client device corresponding to the video with URL= https://careers.autozone.com/driver
(Raw view of the response)

| reinterpreting said download request into a request for receiving a corresponding metafile. | The accused product discloses reinterpreting said download request into a request for receiving a corresponding metafile (e.g., when a user starts downloading a media file, a metafile, such as a metadata file related to the media file, is processed before the downloading of actual media file is initiated). |
|---|---|



AutoZone Truck Drivers enjoy Day One Benefits, Good Home Time, and Sign On Bonuses up to $10,000!

https://careers.autozone.com/driver

Know a Driver? Click here to refer them & make $5,000!

**Apply Now**



AutoZone Truck Drivers enjoy Day One Benefits, Good Home Time, and Sign On Bonuses up to $10,000!

https://careers.autozone.com/driver

When a user requests a server for the delivery of a video for consumption, the server after having received the request for video delivery provides the metadata information for the requested video which identifies the location, identification, format, among others. This process happens automatically in the background, meaning thereby, there happens to be no additional input from the user side after the user has clicked on a video URL which goes to the server as a GET request.

In order for a video to be played it must be downloaded, no matter what, in the buffer of the client device. The following snippet shows the GET request for a video file to be downloaded for the video with URL=
https://careers.autozone.com/driver



Fiddler capture of sending a request to retrieve and play the video with URL=
https://careers.autozone.com/driver
(Raw view of the request)
The above GET request corresponds to the actual media file in which HTTP GET request contains the URL of the video in question.



Fiddler capture of sending the metafile by the server to the client device corresponding to the video with URL= https://careers.autozone.com/driver
(Raw view of the response)